IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD JONES,

    Petitioner,                    No. CIV S-03-1421 MCE GGH P

    vs.

D.L. RUNNELS, Warden, et al.,

    Respondents.                <u>ORDER</u>

_____/

        This habeas matter, in which petitioner proceeded with appointed counsel, was stayed pending exhaustion of petitioner's ineffective assistance of counsel claim and has now been stayed for more than five years. In the April 26, 2004, <u>Order</u>, staying this case, petitioner was "directed to file an amended petition containing all of petitioner's claims immediately upon exhaustion of state court remedies." No amended petition has been filed. Petitioner's counsel must show cause within ten (10) days why the stay in this matter should not be lifted.

        IT IS SO ORDERED.

DATED: September 21, 2009                /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009
jones1421.osc