DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
DONALD JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JONES, | No. CIV. S-03-1421 KJM GGH P |
| Petitioner, | **STIPULATION TO EXPAND RECORD; ORDER** |
| v. | |
| D. L. RUNNELS, Warden, et al., | |
| Respondents. | |

Pursuant to Rule 7, Rules Governing Section 2254 proceedings, the parties, by and through their respective attorneys, hereby stipulate that the record in the above-entitled proceeding be expanded to include the Appellant's Opening Brief in *People v. Donald Ray Jones*, C035570, filed in the Court of Appeal of the State of California, Third

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Appellate District, on December 19, 2000, a true and correct copy of which is attached hereto.

DATED: May 26, 2011

Respectfully submitted,

| KAMALA HARRIS | DANIEL J. BRODERICK |
|---|---|
| Attorney General | Federal Defender |
| | |
| /s/ *Brian G. Smiley* | /s/ *David M. Porter* |
| BRIAN G. SMILEY | DAVID M. PORTER |
| Deputy Attorney General | Assistant Federal Defender |
| Attorney for Respondent | Attorney for Petitioner |
| D.L. RUNNELS | DONALD JONES |

**IT IS SO ORDERED.**

Dated: June 3, 2011

/s/ Gregory G. Hollows
_____
Honorable Gregory G. Hollows
U.S. Magistrate Judge