IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD JONES,

    Petitioner,                    No. CIV S-03-1421 KJM GGH P

    vs.

D.L. RUNNELS, Warden, et al.,      ORDER

    Respondents.

_____/

    Petitioner is proceeding with appointed counsel on this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner, by request filed on June 10, 2011 (docket # 51) now seeks clarification of this court's order, filed on June 9, 2011 (docket # 50), vacating the findings and recommendations at docket # 41, and setting this matter for hearing on June 23, 2011, at 10:00 a.m. The parties are hereby informed that the hearing has been set for the purpose of comprehensive clarification of the issues and further elucidation will not be forthcoming before that time.

    IT IS SO ORDERED.

DATED: June 15, 2011           /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
jone1421.ord